ACCEPTED
03-15-00382-CV
7064224
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 3:44:20 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00382-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 3:44:20 PM
JEFFREY D. KYLE
Clerk

_____

## IN THE THIRD COURT OF APPEALS OF TEXAS

_____

### STEVEN B. ARMBRUSTER
### Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY,
### Appellee

_____

### Appeal from the 277th District Court
### Williamson County, Texas

_____

### APPELLEES' UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO FILE APPELLEES' BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

Appellees Deutsche Bank National Trust Company as Indenture

Trustee for New Century Home Equity Loan Trust 2004-2 and Juanita

Strickland move this Court to grant an extension of time of four weeks,

012851/000097
131 - 1760279v1

to and including November 19, 2015, to file their brief.  In support thereof, Appellees respectfully show as follows:

1.     Appellant filed his brief on September 22, 2015. Therefore, Appellees' brief is currently due October 22, 2015.

2.     Counsel for Appellees is preferentially set for trial on October 5, 2015 in the 172nd Judicial District Court of Jefferson County, Texas.  That case is expected to last more than one week.  Counsel is preparing for that trial.

3.     This is Appellees' first request for an extension of time to file their brief.

4.     Counsel for Appellant is unopposed to this request.

## **PRAYER**

Wherefore, Appellees ask the Court to grant an extension of time, to and including, November 19, 2015.

012851/000097
131 - 1760279v1

Respectfully submitted,

By: /s/ Peter C. Smart

Peter C. Smart
State Bar No. 00784989
Crain, Caton & James, P.C.
1401 McKinney St., Suite 1700
Houston, Texas  77010
(713) 658-2323 (Telephone)
(713) 658-1921 (Facsimile)
psmart@craincaton.com
ATTORNEYS FOR APPELLEES

## Certificate of Conference

I certify that my office conferred with Appellant and Appellant is unopposed to the request made herein.

/s/ Peter C. Smart
Peter C. Smart

## Certificate of Service

I certify that a true and correct copy of the foregoing has been served on the following counsel of record through the electronic filing system and via regular mail this September 23, 2015:

David Rogers
Law Offices of David Rogers
1201 Spyglass, Suite 100
Austin, Texas  78746

/s/ Peter C. Smart
Peter C. Smart

3

012851/000097
131 - 1760279v1